**WEST COAST FRUIT COMPANY, a corporation, v. ROBERT P. THORNTON, et al.**

17 So. (2nd) 124                                    January Term, 1944
March 3, 1944                                               Division B

*H. L. Thompson* and *Erle B. Askew,* for petitioner.

*Wm. C. McLean,* for respondents.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.